# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTHONY P. SCUDERI** and **EMILY J. SCUDERI,**
Appellants,

v.

**NATIONSTAR MORTGAGE, LLC, SATURNIA HOMEOWNERS ASSOCIATION, INC.,** and **SUNTRUST BANK,**
Appellees.

No. 4D16-2936

[September 28, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502014CA009900XXXXMB.

Thomas Erskine Ice of Ice Appellate, Lake Worth, for appellants.

Nancy M. Wallace, William P. Heller and Celia C. Falzone of Akerman LLP, Tallahassee, Fort Lauderdale and Jacksonville, for appellee Nationstar Mortgage, LLC.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE, JJ., and BUCHANAN, LAURIE E., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***